[Nos. 40390-7-I; 40391-5-I; Division One. November 23, 1998.]
40392-3-I.

KAREN DOE, *as Guardian*, ET AL., *Appellants*, V. JOSEPH
G. WILKER, ET AL., *Respondents*.

ROBERTA DOE, *as Guardian*, ET AL., *Appellants*, V. JOSEPH
G. WILKER, ET AL., *Respondents*.

WALTER PEALE, *as Guardian, Appellant*, V. THE ESTATE
OF JOSEPH WILKER, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 94-2-07468-5, Gerald L. Knight, J.,
entered February 19, 1997. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Webster and
Becker, JJ.

[No. 40745-7-I. Division One. November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, V. WILFORD
ARMSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-06836-1, Norma Smith Huggins, J.,
entered May 16, 1997. *Dismissed* by unpublished per
curiam opinion.

[No. 40810-1-I. Division One. November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, V. JOHN HOWARD
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-01821-4, Ronald L. Castleberry,
J., entered May 12, 1997. *Reversed* by unpublished opinion
per Agid, A.C.J., concurred in by Coleman and Appelwick,
JJ.